```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 00105
   MICHAEL E MEURK
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-3797


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/06/2006 and was confirmed 05/11/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/16/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED           15152.57        3888.36       12009.53
DAVID FRANKEL             NOTICE ONLY       NOT FILED          .00             .00
AMC MORTGAGE SERVICES     MORTGAGE ARRE        40.52           .00           40.52
AMC MORTGAGE SERVICES     CURRENT MORTG         .00            .00             .00
COOK COUNTY TREASURER     SECURED NOT I     11687.39           .00             .00
COOK COUNTY TREASURER     PRIORITY          NOT FILED          .00             .00
AMC MORTGAGE SERVICES     NOTICE ONLY       NOT FILED          .00             .00
AMOCO OIL                 UNSECURED         NOT FILED          .00             .00
BOSE CORPORATION          UNSECURED         NOT FILED          .00             .00
CAPITAL ONE               UNSECURED          1821.07           .00             .00
CAPITAL ONE               UNSECURED           757.33           .00             .00
CAPITAL ONE               UNSECURED           723.43           .00             .00
CAPITAL ONE               UNSECURED          1521.23           .00             .00
COMCAST                   UNSECURED         NOT FILED          .00             .00
COMMONWEALTH EDISON       UNSECURED         NOT FILED          .00             .00
CRUNCH INC                UNSECURED         NOT FILED          .00             .00
EXECUTIVE INTERIORS       UNSECURED         NOT FILED          .00             .00
FERLEGER & ASSOCIATES     UNSECURED         NOT FILED          .00             .00
HOME DEPOT                NOTICE ONLY       NOT FILED          .00             .00
HOUSEHOLD                 NOTICE ONLY       NOT FILED          .00             .00
LARRY GOLDSMITH           UNSECURED         NOT FILED          .00             .00
MICHAEL P ANDERSON CPA    UNSECURED           666.36           .00             .00
NICOR GAS                 UNSECURED           760.24           .00             .00
ODONNEL & ASSOC           UNSECURED         NOT FILED          .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED           542.64           .00             .00
WIDE OPEN WEST            UNSECURED         NOT FILED          .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED           313.38           .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED           861.56           .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          1025.14           .00             .00
COOK COUNTY TREASURER     PRIORITY          NOT FILED          .00             .00
COOK COUNTY TREASURER     PRIORITY          NOT FILED          .00             .00
ILLINOIS DEPT OF REVENUE  PRIORITY           2215.75           .00          1479.46

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 00105 MICHAEL E MEURK
```

```
ILLINOIS DEPT OF REVENUE  UNSECURED         455.54           .00              .00
OTTENHEIMER TEPLINSKY RO  FILED LATE        3000.00          .00              .00
PAUL M BACH               DEBTOR ATTY      2,500.00                      2,500.00
TOM VAUGHN                TRUSTEE                                        1,373.92
DEBTOR REFUND             REFUND                                              .00
```

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
```
TRUSTEE                 21,291.79

PRIORITY                                         1,479.46
SECURED                                         12,050.05
    INTEREST                                     3,888.36
UNSECURED                                             .00
ADMINISTRATIVE                                   2,500.00
TRUSTEE COMPENSATION                             1,373.92
DEBTOR REFUND                                         .00
                        ---------------        ---------------
TOTALS                  21,291.79               21,291.79
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 01/27/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
          CASE NO. 06 B 00105 MICHAEL E MEURK